

*50th Anniversary: Mobilizing for Justice*

**L E G A L**

**S E R V I C E S**

**I N C O R P O R A T E D**

299 Broadway
New York, NY 10007
Phone: 212-417-3700
Fax: 212-417-3891
www.mfy.org

Robert L. Harwood
*Board Chair*

Jeanette Zelhof
*Executive Director*

Elise Brown
*Deputy Director &
Director of Litigation
for Economic Justice*

Kevin Cremin
*Director of Litigation
for Disability &
Aging Rights*

Montel Cherry
Carolyn E. Coffey
Mallory Curran
Maia Goodell
Barbara Graves-Poller
Michael Grinthal
Christopher Schwartz
*Supervising Attorneys*

Via ECF

August 19, 2014

Chief Magistrate Judge Steven M. Gold
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     *Alkhatib v. NY Motor Group, et al*, Case No. 13-CV-2337;
        *Gabrys v. NY Motor Group, et al*, Case No. 13-CV-7290;
        *Freire v. NY Motor Group, et al*, Case No. 13-CV-7291;
        *Tuhin v. NY Motor Group, et al*, Case No 13-CV-5643;
        *Dong v. NY Motor Group, et al*, Case No 14-CV-2980;
        *Chowdhury v. NY Motor Group, et al*, Case No. 14-CV-2981.

Dear Chief Magistrate Judge Gold:

We represent Plaintiff Shahadat Tuhin in the above-referenced case and
write on behalf of all Plaintiffs in the above related cases, as well as
Defendant M&T Bank regarding the Court's Order dated August 15,
2014 regarding discovery disputes.  We write to inform you that the
parties have conferred and resolved the outstanding discovery issues;
specifically, the parties in Tuhin have agreed to exchange additional
interrogatory responses within two weeks.  In light of this resolution, we
respectfully request that the conference scheduled by Your Honor for
tomorrow at 4:30 be cancelled.  Thank you.

Sincerely,
/s/
Carolyn E. Coffey
Supervising Attorney
212-417-3701
ccoffey@mfy.org

cc:     All Counsel (via ECF)