# SCHLANGER & SCHLANGER, LLP
## ATTORNEYS AT LAW

**9 EAST 40TH STREET, SUITE 1300**
**NEW YORK, NEW YORK 10016**
**TEL: 914-946-1981  FAX: 914-946-2930**
**PETER.LANE@SCHLANGERLEGAL.COM**
**WWW.NEWYORKCONSUMERPROTECTION.COM**

MICHAEL SCHLANGER, ESQ.
DANIEL A. SCHLANGER, ESQ.
ELIZABETH SHOLLENBERGER, ESQ.
PETER T. LANE, ESQ.*
*ADMITTED IN NY & MA

**WESTCHESTER OFFICE**
**343 MANVILLE ROAD**
**PLEASANTVILLE, NY 10570**

October 24, 2014

**VIA ECF**

Chief Magistrate Judge Steven M. Gold
U.S. District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:**      Freire v. NY Motor Group, et al, Case No. 13-CV-7291
                   Dong v. NY Motor Group, et al, Case No 14-CV-2980

Your Honor:

      Our firm represents the Plaintiffs in the above-referenced related lawsuits brought against New York Motor Group, LLC, Planet Motor Cars, Inc., its owner and employees ("Dealership Defendants") and Santander Consumer USA, Inc. ("SCUSA").  As instructed in the Court's Order dated September 24, 2014, SCUSA and Plaintiff submit this joint settlement status report.

      Counsel for those two parties are still in the process of finalizing all terms of the settlement.  SCUSA and Plaintiff expect that they will be able to complete settlement within the next 30 days and file a stipulation of discontinuance as to SCUSA only, within 5 days thereafter.  Accordingly, SCUSA and Plaintiff respectfully request that the Court allow us until November 24, 2014 to consummate settlement and file a discontinuance.

                                                                 Respectfully,

                                                                 /s/ Peter T. Lane
                                                               Peter T Lane, Esq.

cc:  all counsel via ECF